IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DYNCORP INTERNATIONAL and FIDELITY & CASUALTY COMPANY OF NEW YORK/CNA INTERNATIONAL,<br><br>　　Plaintiffs/Petitioners,<br><br>　　v.<br><br>ELIZABETH A. MECHLER<br><br>　　Defendant/Respondent, and<br><br>DIRECTOR, OFFICE OF WORKERS' COMPENSTION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　Defendant/Respondent. | Case No. 08-cv-8309 (SAS) ECF CASE |

**COMPLAINT/PETITION FOR REVIEW**

Plaintiffs/Petitioners DynCorp International and Fidelity & Casualty Company of New York/CNA International, through the allegations in this pleading that are set forth below, respectfully petition the Court for review of the Decision and Order of the Benefits Review Board in *Elizabeth Mechler v. DynCorp International, et al.,* BRB No. 08-0208, issued on July 30, 2008, in connection with a claim filed pursuant to the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. § 901, *et seq.*, as extended by the Defense Base Act, 42 U.S.C. § 1651, *et seq.*

-1-

## PARTIES

1. Plaintiff/Petitioner DynCorp International FZ-LLC ("Employer") is a Dubai UAE Free Zone company, having its principal place of business in Falls Church, Virginia.

2. Plaintiff/Petitioner Fidelity & Casualty Company of New York/CNA International ("Carrier") is a corporation duly organzed and existing under the laws of the state of Illinois, having its principal place of business in Chicago, Illinois.

3. Upon information and belief, Defendant/Respondent Elizabeth Mechler is an individual residing in the state of Kansas.

4. Defendant/Respondent Director, Office of Workers' Compensation Programs, United States Department of Labor is an administrator in the agency whose action is the subject of this pleading.

## FACTUAL BACKGROUND

5. This case arises out of a claim for medical and compensation benefits by Elizabeth Mechler against Employer and Carrier under the Longshore and Harbor Workers' Compensation Act ("LHWCA"), 33 U.S.C. 901, *et seq.*, as extended by the Defense Base Act ("DBA"), 42 U.S.C. § 1651, *et seq*.

6. Elizabeth Mechler (hereinafter "Mechler") brought a claim under the LHWCA as extended by the DBA for benefits for injuries that she alleges to have sustained on April 17, 2004 while she was employed by Plaintiff/Petitioner DynCorp International in Kosovo.

7. Carrier provided to Employer insurance coverage for Mechler's claim under a DBA insurance policy.

8. On January 23, 2007, there was a trial before the administrative law judge in connection with Mechler's workers' compensation claim against Employer/Carrier. The sole issue at the administrative trial was the threshold issue of whether Mechler's claim was timely filed under §913 of the LHWCA, 33 U.S.C. §913.

9. On or about August 31, 2007, the administrative law judge issued a Decision and Order in which she denied Mechler's claim for benefits on the basis that the claim had not been timely filed. [See Exhibit 1.]

10. Mechler appealed the August 31, 2007 Decision and Order of the administrative law judge to the Benefits Review Board.

11. On or about July 30, 2008, the Benefits Review Board issued its Decision and Order reversing the administrative law judge's finding that Mechler's claim was untimely filed. [See Exhibit 2].

12. The July 30, 2008 Decision and Order of the Benefits Review Board is an order from which an appeal may be taken.

## JURISDICTION AND VENUE

13. This Court has jurisdiction over this action under 42 U.S.C. §1653(b) in that judicial proceedings provided for in §921(c) of the Longshore and Harbor Workers' Compensation Act are being requested in respect to the Decision and Order of the Benefits Review Board dated July 30, 2008. 33 U.S.C. §921(c).

14. Venue is proper under 42 U.S.C. §1653(b) in that the office of the District Director of the Office of Workers' Compensation Programs of the United States Department of Labor from which the underlying claims originated is located within the judicial district encompassed by this Court.

## SUBSTANTIVE ISSUES PRESENTED FOR REVIEW

15. The Benefits Review Board erred in reversing the finding of the administrative law judge that Mechler's claim was not timely presented. The finding of the administrative law judge that Mechler's claim was untimely was supported by substantial evidence, was rational and was made in accordance with the applicable law.

## **RELIEF SOUGHT**

WHEREFORE, Plaintiffs/Petitioners DynCorp International and Fidelity & Casualty Company Of New York/CNA International respectfully pray that this Court reverse the July 30, 2008 Decision and Order of the Benefits Review Board.

DATED: New York, NY                    FLICKER, GARELICK & ASSOCIATES
                                       Attorneys for Petitioners

                                       _____/s/_____

                                       Keith L. Flicker (KF-6447)

                                       45 Broadway, 21st Floor
                                       New York, NY 10006
                                       Telephone: (212) 319-5240
                                       Fax (212) 888-5271

                                       Attorneys for Defendants
                                       DYNCORP INTERNATIONAL
                                        and FIDELITY & CASUALTY COMPANY OF
                                       NEW YORK/CNA INTERNATIONAL

-5-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Complaint/Petition for Review and Civil Case Cover Sheet were served on each of the following by first-class mail, postage prepaid, on September _____, 2008:

David C. Barnett
Barnett & Lerner, P.A.
225 East Dania Beach Blvd., Suite 202
Dania Beach, FL 33004
Attorneys for Petitioner, Elizabeth Mechler

Mark A. Reinhalter
Office of the Solicitor of Labor
Division of BL&LLS
Suite N-2117 Frances Perkins Labor Building
Washington, D.C. 20210

                                                    /s/
                                           KEITH L. FLICKER